# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DANIEL FRYE et al., )<br>)<br>      Plaintiffs, )<br>  vs. )<br>)<br>WILLIAM M. GARDNER et al., )<br>)<br>      Defendants. )<br>) | Case No.: 1:20-cv-00751-SM |

## PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF THE MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs hereby withdraw their Motion for a Preliminary Injunction ("Motion") based on the following:

1. The parties have resolved the issues raised in the Motion as outlined in the Term Sheet attached as Exhibit A, which terms shall be enforceable by the Court. Exhibit A, ¶ 15.

2. In light of the parties' agreement, there is no need for a hearing on the Motion and Plaintiffs withdraw it without prejudice to filing a further motion for preliminary injunctive relief at a later date if necessary. Exhibit A, ¶ 14.

WHEREFORE, the Plaintiffs request that this Court:

A. Accept this notice and cancel the hearing scheduled for August 31, 2020; and

B. Grant such further relief in favor of the Plaintiffs as the Court deems just and proper.

Dated: August 28, 2020

Respectfully submitted,

DISABILITY RIGHTS CENTER-
NEW HAMPSHIRE, INC.

By: /S/ Pamela E. Phelan
Pamela E. Phelan (#10089)

Pamelap@drcnh.org
(603) 491-4157 (mobile number)
James Ziegra (#20689)
jamesz@drcnh.org
(603) 661-7314 (mobile number)
64 North Main Street, Ste. 2
Concord, NH 03301
(603) 228-0432 (general office number)
(603) 225-2077 (general office fax number)

Gregory P. Care (*pro hac vice*)
gpc@browngold.com
(443) 534-5641 (mobile number)
Abigail A. Graber (*pro hac vice*)
agraber@browngold.com
(410) 215-0110 (mobile number)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
(410) 962-1030 (general office number)
(410) 385-0869 (general office fax number)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a copy of Plaintiffs' Withdrawal Without Prejudice of Motion for a Preliminary Injunction was served on all counsel of record via ECF.

Dated:  August 28, 2020                 /S/ Pamela E. Phelan
                                        Pamela E. Phelan